IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02417-PAB

JUDY GOEBEL,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF
THE COUNTY OF JEFFERSON, COLORADO,

    Defendant.

---

## ORDER OF RECUSAL

This matter is before me on review of the file. I find that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES to recuse myself in this matter due to a past friendship with the plaintiff. It is therefore

ORDERED that I recuse myself from hearing this matter. It is further

ORDERED that the Clerk shall randomly reassign this case to another judge of this Court.

Dated: November 19, 2008.

        BY THE COURT:

        s/Philip A. Brimmer
        Philip A. Brimmer
        U. S. District Judge