IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02417-WYD-CBS

JUDY GOEBEL,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF JEFFERSON, COLORADO,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion for Entry of Stipulated Protective Order (*doc. no. 17)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 17-2)* is accepted by the court.

    The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    February 27, 2009