IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02417-WYD-CBS

JUDY GOEBEL,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF JEFFERSON, COLORADO,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend the Complaint (doc #32, filed 5/8/2009) is **GRANTED.** Plaintiff's First Amended Complaint and Demand for Jury Trial is deemed filed on May 14, 2009.

**DATED:**    May 14, 2009